Muriel B. Kaplan, Esq. (SBN 124607)
Michele R. Stafford, Esq. (SBN 172509)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mkaplan@sjlawcorp.com
mstafford@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., | Case No.: C09-4805 MHP |
|---|---|
| Plaintiffs, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| MICHAEL JOSEPH FABBRI, individually and *fdba* WESTVALE DRYWALL COMPANY, *aka* WESTVALE DRYWALL COMPANY, INC., a suspended California corporation, | |
| Defendant. | |

PLEASE TAKE NOTICE that pursuant to F.R.C.P. Rule 41(a)(1), Plaintiffs BAY AREA PAINTERS AND TAPERS PENSION TRUST FUND, et al., voluntarily dismiss, without prejudice, their claim against Defendants MICHAEL JOSEPH FABBRI, individually and *fdba* WESTVALE DRYWALL COMPANY, *aka* WESTVALE DRYWALL COMPANY, INC., a suspended California corporation.  Defendant has neither served an answer nor moved for summary judgment, and Plaintiffs have not previously filed or dismissed any similar action against Defendant.

It is therefore requested that this action be dismissed without prejudice, and that the Court shall retain jurisdiction over this matter.

-1-
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C09-4805 MHP**

P:\CLIENTS\PATCL\Westvale Drywall Company, Inc\Pleadings\C09-4805 MHP - Notice of Voluntary Dismissal 112409.doc

1  I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-
2  entitled action, and that the foregoing is true of my own knowledge.
3  Executed this 24th day of November, 2009, at San Francisco, California.

4
5                                       SALTZMAN & JOHNSON
                                        LAW CORPORATION
6
7                                       By:_____/s/_____
8                                           Michele R. Stafford
                                            Attorneys for Plaintiffs
9

10 IT IS SO ORDERED.
11  This case is dismissed without prejudice ~~and the Court shall retain jurisdiction over this~~
12 ~~matter.~~
13
14 Date:  11/30/2009
15                                       UNITED STATES DISTRICT COURT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]

-2-
**NOTICE OF VOLUNTARY DISMISSAL**
**Case No.: C09-4805 MHP**

P:\CLIENTS\PATCL\Westvale Drywall Company, Inc\Pleadings\C09-4805 MHP - Notice of Voluntary Dismissal 112409.doc

<u>PROOF OF SERVICE</u>

I, the undersigned, declare:

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over the age of eighteen and not a party to this action. My business address is 44 Montgomery Street, Suite 2110, San Francisco, California 94104.

On November 24, 2009, I served the following document(s):

**NOTICE OF VOLUNTARY DISMISSAL**

on the interested parties in said action by First Class U.S. Mail by placing a true and exact copy of each document in a sealed envelope with postage thereon fully prepaid, in a United States Post Office box in San Francisco, California, addressed as follows:

> **Michael Joseph Fabbri**
> **Pam Fabbri**
> **Westvale Drywall Company, Inc.**
> **23906 North 24th Place**
> **Phoenix, Arizona 85024**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 24th day of November, 2009, at San Francisco, California.

_____/s/_____
Qui X. Lu

-1-
**PROOF OF SERVICE**
**Case No.: C09-4805 MHP**

P:\CLIENTS\PATCL\Westvale Drywall Company, Inc\Pleadings\C09-4805 MHP - Notice of Voluntary Dismissal 112409.doc